UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TERESA CAUDILL,<br>    Plaintiff, | )<br>)<br>) |
| v. | )    No. 3:05-CV-227<br>)    (Phillips) |
| UNIVERSITY OF TENNESSEE MEMORIAL<br>HOSPITAL, et al.,<br>    Defendants. | )<br>)<br>) |

### ORDER

On September 23, 2005, the court ordered plaintiff to show cause why this action should not be dismissed for failure to prosecute. Plaintiff responded, seeking additional time to secure an attorney and to respond to dispositive motions. The court granted plaintiff's request for additional time, ordering plaintiff to secure counsel and respond to the pending motions by January 5, 2006. In addition, plaintiff was forewarned that the case could be dismissed for failure to follow the court's order. Plaintiff has failed to respond, indicating to the undersigned that she does not intend to prosecute this action. Accordingly, this action is hereby **DISMISSED** for failure to prosecute.

      **IT IS SO ORDERED**.

      **ENTER:**

                    s/ Thomas W. Phillips
                United States District Judge